

**IT IS ORDERED as set forth below:**

**Date: April 21, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KENDRA MONIQUE HULL, | ) | |
| | ) | CASE NO. 26-54706-PMB |
| Debtor. | ) | |

**ORDER EXTENDING TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN**

This matter arose upon the Debtor's *Motion For Extension Of Time To File Schedules And Chapter 13 Plan* required by Bankruptcy Rule 1007 and 11 U.S.C. §521 filed on April 21, 2026 (Doc. No. 12) (the "Motion").  It appears that just cause exists for the granting of such Motion.  Accordingly, it is hereby

**ORDERED** that the time for said Debtor to file said schedules and plan is hereby extended to May 19, 2026.

[ END OF DOCUMENT ]

SIGNATURES ON NEXT PAGE

PREPARED AND PRESENTED BY:
BURROW & ASSOCIATES, LLC


_____/s/_____
Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

DISTRIBUTION LIST

Melissa J. Davey
Standing Chp 13 Trustee, NDGA
Suite 2250
233 Peachtree St, N.E.
Atlanta, GA 30303

Office of the United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA  30303

Kendra Monique Hull
2814 Briar Hill Ln
Conyers, GA  30013

Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097